**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**WILLIE A. SMITH,**

    **Plaintiff,**

**v.**                                              **Case No. 5:17cv87-MCR-CJK**

**DR. STOLL, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes before the Court on consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2017 (doc. 2). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**